IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAELA BAMBINO-FORTE,** : | | |
| *Plaintiff,* : | | |
| : | | **CIVIL ACTION** |
| v. : | | **NO. 25-4701** |
| : | | |
| **JBH TRUCKING, INC.,** *et al.*, : | | |
| *Defendants.* : | | |

**ORDER**

**AND NOW**, this **10th** day of **December** 2025, upon consideration of Defendants' Notice of Removal (ECF 1), Plaintiff Jaela Bambino-Forte's Motion to Remand (ECF 6), and Defendants' Opposition to the Motion to Remand (ECF 8), and consistent with the accompanying Memorandum, it is **ORDERED** that the Motion to Remand is **DENIED**.

The parties shall submit a joint proposed scheduling order following the example appended to the Court's Policies and Procedures via email (to Chambers_of_Magistrate_Judge_Arteaga@paed.uscourts.gov) on or before **Monday, December 29, 2025**.

BY THE COURT:

---

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*